UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| Sarah Nathreen Nakanwagi | Case No. |
| Plaintiff | Jury Trial: No |
| -v- | |
| City of Flagstaff | **Complaint** |
| Defendant | |

1) The parties to this complaint.

a) The Plaintiff

Name:                Sarah Nathreen Nakanwagi

Street Address:      39 Judith Lane, Apt 1

City and County:     Waltham, Middlesex

State and Zip Code:  Massachusetts, 02452

Telephone number:    480-203-4895

Email address:       sarahnathreen@gmail.com

b) The defendants

Defendant No. 1

Name:                City of Flagstaff

Job or Title (if known)    c/o Attorney Gordon Lewis

1

| | |
|---|---|
| Street Address: | Jones, Skelton & Hochuli P.L.C |
| City and County: | Phoenix |
| State and Zip Code: | Arizona, 85004 |
| E-mail address (if known): | glewis@jshfirm.com |

**Basis for Jurisdiction**

2) This federal court has federal question jurisdiction under 28 USC §1331. A case arising under the United States Constitution or federal laws or treaties is a federal question case.

    a)  Below is a list of the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 USC §1981 ("Section 1981"); 42 USC §1983 ("Section 1983"); 42 USC § 1985(3); Thirteenth Amendment to USA Constitution; First Amendment; Fourth Amendment; Immigration and Nationality ACT, 8 USC §1324b (1952); Fourteenth Amendment

3) Also, this federal court has jurisdiction on the basis of diversity of citizenship under 28 USC §1332, a case in which a citizen of one State sues a citizen of another State, and the amount at state is more than $75,000.

4) If the Basis for jurisdiction is diversity of citizenship

a) The plaintiff is an individual, Sarah Nathreen Nakanwagi, and is a citizen of the State of Massachusetts.

    b)  The defendant, City of Flagstaff, is a Municipal incorporated under the laws of the State of Arizona, and has its principal place of business in the State of Arizona.

2

5) The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because case law precedent, the USA constitution and federal law assert that a violator of one's civil rights is liable for damages to plaintiff.

**Statement of Claim**

6. In Spring 2018, I relocated to Flagstaff (Arizona) from Phoenix. On February 25th, 2019, I started working for the City of Flagstaff as a Finance Specialist (part time).

7. Fig. 1 (below): Advert of Finance Specialist position City of Flagstaff advertised, to which I responded and was hired.

## VACANCY ANNOUNCEMENT
## CITY OF FLAGSTAFF
### *"We Make the City Better"*

| | |
|---|---|
| Date Posted: | **January 18, 2019** |
| Vacancy No: | **014-19** |
| Position Title: | **Finance Specialist** |
| Division / Section: | **Finance / Management Services** |
| Closing Date: | **February 1, 2019** |
| Position Status: | **FLSA Non-Exempt; Temporary; No Benefits** |
| Work Week: | **Monday – Friday, 15-19 Hours Per Week** |
| Salary Range: | **$19.7383 Per Hour** |
| Recruitment: | **AZ Daily Sun (January 20, 23, 27, 30); City website; Free websites** |

8. I had minimum required GED and one year college-level course work. Fig.2 (below): Finance Specialist position's minimum requirements that City of Flagstaff advertised.



### MINIMUM REQUIREMENTS
- High school diploma or G.E.D.
- One year of college-level course work.
- Two years of finance experience of any area or combination of areas mentioned above.
- Three years of computer experience including Microsoft Office products.
- Or any combination of education, experience, and training equivalent to the above Minimum Requirements.

9. Fig.3: My GED certificate, a minimum qualification for my Finance Specialist City of Flagstaff position.



State of Arizona
*Arizona High School Equivalency*

**Diploma**

*This certifies that* **Sarah Nathreen Nakanwagi**

*having satisfactorily completed the Arizona High School Equivalency Test, has thereby demonstrated the possession of the equivalent of a High School Education and on authority of the State Board of Education is awarded the Arizona High School Equivalency Diploma*

*issued this*   29th   *day of*   October   20 15

*by the Office of the State Superintendent of Public Instruction*
*Arizona Department of Education • Phoenix, Arizona*

10. Additionally, I had more than a year of college level course work, evidenced by a Certificate of Completion in Accounting, and a Certificate of Completion in General Business. In both, I graduated on top of my college class with a 4.0 GPA.



**South Mountain Community College**

Phoenix    Arizona

*This certifies that*
**Sarah Nathreen Nakanwagi**

has completed the course of study prescribed by the
Maricopa County Community College District Governing Board
and is awarded the certificate of completion in

*Accounting*

Given on this eleventh day of May, two thousand eighteen in Phoenix, Arizona.

President of the College    President of the Governing Board

Registrar    Chancellor

11. Fig. 4: My Certificate of Completion in Accounting (obtained 05/2018), way before City of Flagstaff hired me.

4

12. Fig. 5: My Certificate of Completion in General Business (obtained 05/2018), way before City of Flagstaff hired me.



13. Throughout community college, I was consistently on the President's Honor List, as a high achieving student with straight As. Fig. 6(below): I was on President's Honor List at culmination of initial Fall 2016 semester that I had enrolled in community college.



**SOUTH MOUNTAIN**
COMMUNITY COLLEGE
*Helping you climb higher.*

December 29, 2016

Dear Sarah,

Congratulations! It's a pleasure to inform you that you have made the President's Honor List for the Fall 2016 semester. This is an outstanding academic achievement.

We acknowledge your academic accomplishments at our college and encourage you to continue to maintain this level of excellence as you pursue your coursework.

Best wishes for your continued academic success.

5

14. Fig. 7(below): Again, I made it to President's Honor List at end of the following May 2017 community college semester.



May 24, 2017

Dear Sarah,

Congratulations! It's a pleasure to inform you that you have made the President's Honor List for the Spring 2017 semester. This is an outstanding academic achievement.

We acknowledge your academic accomplishments at our college and encourage you to continue to maintain this level of excellence as you pursue your coursework.

Best wishes for your continued academic success.

15. With a proven high academic standing, I was inducted into the exclusive Phi Theta Kappa (PTK) Honor society that celebrates college students in the top 10% of their class, and membership to which is by invitation only. Invitation to join PTK Honor society was extended to me by my South Mountain Community college professors.



16. Fig.8: Certificate of my February 13th 2017 induction into Phi Theta Kappa (PTK) Honor society of college students in top 10% of their class.



This is to Certify That

Sarah Nakanwagi

has complied with all the requirements for, and has been inducted into

Phi Theta Kappa
Honor Society
Member # 28503347

In witness of which we have caused the great seal of this Society to be hereto affixed and inscribed our signatures.

Dr. Mark Spencer
Chapter Advisor

Alpha Eta Delta
Chapter

President and CEO

February 13, 2017
Date

6

17. Fig. 9: Due to my consistent high academic standing in the top 10% of my college class, I was inducted into the prestigious Phi Theta Kappa Honor Society, on 2/13/2017.

Center for Excellence
1625 Eastover Drive
Jackson, MS 39211
www.ptk.org

PHI THETA KAPPA.
HONOR SOCIETY

Headquarters
p 601.984.3504
f 601.984.3550

February 13, 2017

To Whom It May Concern:

I am pleased to recommend to you Sarah Nakanwagi, a member of Phi Theta Kappa Honor Society, the oldest, most prestigious and largest honor society serving two-year colleges around the world. Sarah Nakanwagi was inducted into the Alpha Eta Delta Chapter of Phi Theta Kappa while attending South Mountain Community College. To be invited to membership in Phi Theta Kappa, Sarah Nakanwagi earned high academic standing with a class rank in the top 10%. Phi Theta Kappa requires members to maintain high academic standing for the duration of enrollment at the two-year college.

18. City of Flagstaff hired me when it was fully aware I was a college student, and frequently assured me that they would work around my availability. If I had been delayed as a result of a college exam or test, City of Flagstaff informed me that all I needed was text my supervisor, and then make up for that time later that week or the following week.

19. Fig. 10: Email I received from Heidi, my first supervisor at the time before she was promoted to her current position. Heidi wanted to know my schedule of availability and if "this will work with your school schedule."

City of Flagstaff Start Date   3                                              Yahoo/Inbox

Heidi Derryberry
To:                                                          Fri, Feb 22, 2019 at 9:13 AM

Good Morning Sarah,

I would like to start by welcoming you to the City! I apologize for the email in place of a phone call, however I have been at a conference for the last three days and will not be returning to the office until this afternoon. I just wanted to touch base on your schedule of availability to begin working next week. Finance will be participating in budget review meetings for the next two weeks and therefore I will only be available Monday and Wednesday mornings. Are you available to start Monday morning and we can discuss your work schedule at that time?

Please let me know if this will work with your school schedule and feel free to contact me if you need to discuss.

Thanks,

Heidi Derryberry, CPA
City of Flagstaff | Finance Manager |

7

20. Heidi) pointed out on the first day I reported to work, that the City of Flagstaff hires many women, some are mothers who need to dash to pick up their kids at school before 3pm. Those mothers often make up for that time later.

21. So, I was horrified when City of Flagstaff violated that promissory estoppel, when on August 1st 2019 City of Flagstaff accused me of arriving late to work.

22. Besides, Heidi also occasionally arrived late for work. Since Heidi (the boss) arrived late, it showed organizational culture that was okay with it as long as one compensated for that time.

23. Similarly situated Dolores (American-born, of Mexican heritage) often arrived late, and would pass right in front of my cubicle office. Dolores was similarly situated because she was in the same Finance department, we always shared a supervisor, and was governed by the same City of Flagstaff policies as me.



24. Fig. 11: you can see the office City of Flagstaff assigned me to work in was too neat with very little paperwork lying around, much as computers had been installed. I had not yet received training, that Heidi gave similarly situated Glorice and Dolores daily.

25. In the first few weeks, one of the main tasks I was given was helping Dolores (whose office is to the right) staple receipts from the nearby municipal court, a task I quickly completed. Very enthusiastic about my newly acquired job, I also asked Dan (accountant at the time, whose office was to the left) if there was an additional task I could assist with, to which he declined.

26. Yet, City of Flagstaff relentlessly racially profiled me as lazy and inherently untrainable, which are negative stereotypes about black people in USA. Thus, I was

8

frequently subjected to disparate treatment when it came to training and discipline.

27. I noticed some finance department staff had been speaking to me like I was retarded (inadvertently equating my speaking with a foreign black ethnic or non-white accent to incompetency and stupidity).

28. Fig. 12 below is a screenshot of a study at Georgia State University, that found that black people (like me) are frequently marginalized and denied equal opportunity in the workplace, by being racially profiled as "lazy, inarticulate, uneducable, untrainable and most importantly, dangerous."

https://scholarworks.gsu.edu/cgi/viewcontent.cgi?article=1064&context=aas_these s

### 2.2.3   Black Workers: Commonality of Struggle

The section above is intended to be a comprehensive explanation of the perceptions and predicaments of Black workers in America. Whether it is the Black employer or the employee, there is a commonality of struggle and despair amongst the two. Both the Black employee and employer face stigmas and discrimination in the business environment. Within the workplace, African Americans are "…perceived as lazy, inarticulate, uneducable, untrainable and most importantly, dangerous" (Johnson, Farrell, & Stoloff, 1998, p. 22). The search and destroy hypothesis latched onto the root cause of job disparity for African Americans, as it identified a system that does not provide equitable opportunities for the Black worker, but instead builds upon various factors that contribute to the marginalization of African Americans within American society.

28. Fig.13 below is a screenshot of a study done by statnews.com that found that black employees throughout USA are subjected to systemic racism, treated disparately when it comes to training opportunities in the workplace, and forced out

of jobs at far higher rates than Caucasians. Despite having excelled in college, black employees(like me) are racially profiled as stupid, lazy,incompetent and untrainable. https://www.statnews.com/2022/06/20/black-doctors-forced-out-of-training-programs-at-far-higher-rates-than-white-residents/

"Stupid." "Lazy." "Untrainable." This is how many Black trainees — many who previously excelled academically — told STAT they were made to feel during residency. The stories they shared are so similar, they can sound like echoes.

29. I met Heidi in her office and I showed her my excellent straight A college performance in which I consistently attained 100% in most college courses. The aim was to assure her that despite being black, I am more than capable of tackling tasks for which I was hired.

Meanwhile, tomorrow is when i return to work. I hope to show that hostile workmate my community college transcript (with straight grade "A"s in each course).

The aim is to show her that I am intelligent, competent, and able to understand whatever she utters even if I speak with a foreign English accent.

I want her to stop being dismissive, rude, condescending, and treating me like an illiterate toilet cleaner who missed a spot.

I want her to act more professionally, because everyone in that finance department has worked hard in college to gain the skills that enable them execute their tasks effectively.

30. Fig.14:I confided in my friend Brianna, how I would show Glorice my excellent college grades, so she stops racially profiling me as retarded due to my black (African ethnicity) accent. I showed Heidi instead.

31.a) I pointed out to Heidi that much as I speak with a foreign black (African ethnicity) accent, I 100% understand them (all caucasian American staff in department), and they do not need to talk to me like I am retarded. Heidi responded that they had never worked with a person from a black person of African ethnicity.

31.b) Heidi added that I should forgive them and be understanding if they do something that comes across as racist, since they were also learning as they went along. Below are some of the grades I showed Heidi.

32. Fig.15: My Community College Professor Bill applauding me on performing well.

Grade: 50
out of 50

Great job, Sarah!!

Bill Nestmann , Apr 15 at 1:39pm

33.Fig.16: sample of my college coursework I excelled at and completed in Spring 2017.

## Class Grades - Spring 2017

### Official Grades

| Class | Description | Units | Grading | Grade | Grade Points |
|-------|-------------|-------|---------|-------|--------------|
| ACC 112 | Accounting Principles II | 3.00 | Standard Letter Grades | A | 12.000 |
| ACC 115 | Computerized Accounting | 2.00 | Standard Letter Grades | A | 8.000 |
| CIS 105 | Survey Computer 'Info Systems | 3.00 | Standard Letter Grades | A | 12.000 |
| GBS 151 | Introduction to Business | 3.00 | Standard Letter Grades | A | 12.000 |
| GBS 205 | Lgl&Ethcl&Regltry Iss/Business | 3.00 | Standard Letter Grades | A | 12.000 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



34.Fig. 17: My community college Professor Delbert Cole, congratulating me for ranking 1st in an information technology class.

35. Fig.18 (below): My college professor Lorraine Hall Currence applauding me for having excelled with 100% perfect score.



36. Fig. 19: Barbara Gonzalez was my professor for most of my community college accounting courses.

She did NOT find any errors in the accounting project I had submitted, for example.

12

Grade: 4 out of 4

This is excellent! I love how you jumped right outside the box and identified all the other avenues of things that the parties to the case should take into consideration. This is good thinking! Your analysis of the case and the specific facts there are spot on. Great job to include a small section of info from the text, and then use the rest for your own ideas and analysis.

Brady Thomason , Feb 26 at 3:53pm

37.   Fig.20:   My community   college professor   Brady Thompson impressed by how I was able to think outside the box.

38. Fig.21: My college professor Barbara Gonzalez commending me for a job well-done.

That is what experienced students do, improvise. Good job.

Barbara Gonzalez , Mar 17 at 8:49am

39. The thing with City of Flagstaff, they act like they are okay with it (my engaging in protected activity), but they ALWAYS retaliated like a month down the road, when you have forgotten about it and assumed the concern you had raised had been sorted. Unbeknownst to me, the City of Flagstaff kept piling up a record of what they considered slights.

40. In an August 1st, 2019 City of Flagstaff Management Services-Finance Memorandum that was authored by Heidi Derryberry via Rick Tadder: for my

having spoken up (about being racially profiled with negatively stereotype as an incapable imbecile, simply because I spoke with a black or African ethnicity accent), and having showed Heidi my excellent college grades (as proof refuting such negative stereotypes), I was beyond alarmed when Heidi retaliated by labelling it a negative incident in a warning letter falsely accusing me of misconduct.

41. Fig. 22: For having spoken up, City of Flagstaff punished me by classifying me as an undesirable or unwelcome weed in a flower garden, when Heidi stated: "you have chosen multiple times to prove to us that you are educationally the best person for the job …This approach is having a negative impact on the Finance Team and causing decreased productivity."

and work to improve ourselves going forward. However, you have chosen multiple times to prove to us that you are educationally the best person for the job instead of using the situation as a learning experience and to make improvements for the future. This approach is having a negative impact on the Finance Team and causing decreased productivity. As you have been told in the past, we work together closely as a team

42. City of Flagstaff had a tendency of over-exaggerating or sensationalizing their false accusations against me. I don't know whether there is reward in America for falsely accusing a black person of African ethnicity like me. I have never understood the benefit they sought. Only once did I show Heidi my college grades to put to an end being racially profiled with negative stereotypes. Yet Heidi falsely accused me of having showed her my grades multiple times.

43. When I confided in a fellow immigrant friend of mine (who shares my black race and African ethnicity) who was miles away in San Francisco (California), he explained to me City of Flagstaff was acting hostile towards me with piles of false accusations, because as white people they prefer it when a minority of my protected class (black person of African ethnicity) acted dumb.

44. Fig. 23 (below): Screenshot of a Facebook chat message I sent Brianna, a Caucasian American friend of mine is Seattle (Washington), sharing the anecdotal

14

1  advice given to me by Collin, a friend of mine in California who shares my black

2  race and African ethnicity. This explains why City of Flagstaff lashed-out at me as I

3  challenged their preference of stereotyping me as dumb due to my black race and

4  African ethnicity accent.

5  Regarding my work challenge, this is what a fellow

6  african has advised me: "White people think that blacks

   are dull. That's their perception. It's good deep in your

7  heart you know you're smart, which is very important.

8  So that lady just do as she says ... you have nothing to

9  lose. White people don't want challengers esp blacks .

10

11  45. Showing City of Flagstaff my grades to remind them of my capability, so I could

12  get the same training opportunities as other department staff like Dolores and

13  Caucasian Glorice (both of whom received daily training on every new aspect of the

14  finance department's functions), was met with shocking hostility from City of

15  Flagstaff falsely accusing me of negativity.

16  46. Besides, it is only after I had shown Heidi my excellent grades that they

17  (Management Services Department) hesitantly: gave me slight access to Innoprise

18  (the financial software to accomplish most finance department tasks), organized for

19  me to be trained only a tiny fraction of accounts payable by Carol Ann, and ADOT

20  by Glorice.

21  47. City of Flagstaff consistently punished me for merely speaking. It appeared

22  everyone else in the workplace enjoyed the First Amendment right, but I was given

23  seemingly endless warning letters for doing so, and they falsely accused me of not

24  providing positive environment.

25  48. City of Flagstaff falsely accused me of throwing tantrum, when in fact it was

26  Glorice who threw tantrum and often ran directly to report to Heidi who assured her

27  that I will be fired.

28

15

49. Fig. 24(below): Excerpt from warning letter Heidi issued me falsely accusing me of not providing positive work environment, simply for having spoken up. I was not allowed to open my mouth to speak, as if it was "cotton farm" (slave era period).

Beginning immediately and always in the future, it is expected that you will work with your co-workers in a positive work environment and consider any constructive feedback related to your completion of assigned tasks an opportunity to improve performance. Improvement in this area will be measured through the number of negative incidents reported to me and my own observation of your behavior in the workplace.

5/14/19, 5:37 PM

Last week when she was taking me through the steps of the task I am taking over from her,  she ordered me to write "sulphur" instead of the "sulfur" i had written in a certain column.

Having taken a chemistry course in college where I got an "A", i double-checked my textbooks which were written by American authors. It turns out that my spelling "sulfur" was correct, while hers is wrong (given that it is a British version).

She raised hell when I went to work with a chemistry textbook to politely tell her that I will be correcting the spelling to "sulfur", since the audience (people who will be reading the City's documents are Americans not British).

The wrong spelling tarnishes an author's credibility.

50. Fig. 25: is a Facebook message I sent Brianna, an American friend of mine in Seattle. When I pointed out to Glorice her wrong spelling, she ran to Heidi with tantrum: "how dare she correct me, yet I am the white one who is always right."

51. When I pointed out that Glorice's spelling was incorrect, she viewed it as an affront to her white supremacy and ran to report me to Heidi, who assured her (within earshot) they would do something about me. City of Flagstaff turned it around and falsely accused me in their warning letters that I was the one not accepting constructive feedback. It was like it was an abomination for a black person of my African ethnicity to speak. And when I did, they labelled it misconduct.

52. I was the only black person with my African ethnicity in the City of Flagstaff's finance department.

53. Fig. 26 (below): 'Flagstaff's Lived Black Experience: A Forgotten People Forging a Path Forward', a document from City of Flagstaff's website confirms a lack of diversity in its recruitment policies. In 2020, City of Flagstaff had only 1 black personnel its police department, giving credence to my experience as the only black staff in finance department.

The number of officers is only 1.52 per 1,000 people, which is low. As of 2020, the Flagstaff Police Department reported zero Black officers or civilian personnel.

54. Fig. 27(below): Same 'Flagstaff's Lived Black Experience: A Forgotten People Forging a Path Forward,' confirms City of Flagstaff has a history of discriminatory policies: "which have created a trend of physical separation (segregation) of communities of color …contributing factors to the erasure of black community structures within the City."

FLAGSTAFF HAS a documented history of redlining and other socioeconomic practices and policies which have created a trend of physical separation (segregation) of communities of color and marginalized representation within the City's structure and development. Racial exclusion and segregation are contributing factors to the erasure and lack of representation of Black community structures within the City.

55. Heidi emailed me on Saturday on 5th October 2019, warning me to ensure it is not repeated "in the future." It seems harmless on the surface, but by this time I had learned that was City of Flagstaff's way of threatening to fire me.

56. The language Heidi used in that email was similar to that she used in warning letters City of Flagstaff always issued me, but never similarly threatened job loss to other employees who did not share my innate characteristics (black race and African ethnicity) for errors they made or were suspected of having made.

57. So, I was undeniably in panic, and quickly investigated what Heidi was talking about. Saturday was my day off, so I found the email when I had returned to work.

1   58. Fig. 28(below): The initial scribblings on this scanned print-out of the email

2   indicate my interpretation of Heidi's email, as well as my findings when I researched

3   what she was falsely accusing me of having done. You can see I digested every word

4   in the email to ensure I did not miss her point and so as to address the error she was

5   talking about if I had made it.

6   59. As you can see from my scribblings against Heidi's first paragraph in her email

7   to me, I asked: "how do I know?" It is clear the committers of those errors (Larena

8   and Cathy) had been receiving training all along and performing that task, yet I never

9   received any training in that task, but was being threatened with job loss if error is

10  repeated!!!



**Sarah Nakanwagi**

| | |
|---|---|
| **From:** | Heidi Derryberry |
| **Sent:** | Saturday, October 5, 2019 12:06 PM |
| **To:** | Sarah Nakanwagi |
| **Cc:** | Lalena Guider; Daniel Hellman |
| **Subject:** | Rectrat JE Errors |

Sarah,

The JE numbers below were duplicates of batches already posted as noted. These batches had reports dated in September with effective dates of October which should have been verified and corrected as the dates didn't correspond to the same month. I have deleted these batches as they were duplicated. Please verify effective dates and supporting documentation tie, and also if batches are duplicates in the future.

• #1120808 - Report is for 9/9/19 and effective date is 10/2/19 – I verified that the batch for 9/9/19 has already posted (JE#1110293) so this is a duplicate and was deleted

• #1120809 – Report is for 9/3/19 and effective date is 10/2/19 – I verified that the batch for 9/3/19 has already posted (JE#1105043) so this is a duplicate and was deleted

The following JE has an effective date of 9/4/19, but the reports are for 9/2/19 so I have reset this JE for correction.

• #1110284 - Report is for 9/2/19 and effective date is 9/4/19 – reports don't tie to JE total

If you have any questions, please work with Dan or myself.

Thanks,

**Heidi Derryberry, CPA**
City of Flagstaff - Assistant Finance Director ████████ ████████gov

18

60. Fig. 29 (below): is a continuation of aforementioned Heidi's email to me over batches I was not privy to. As you can see from my initial scribbling that indicate I had never been trained in that task, and I had jotted: "how do I know that a JE is a duplicate?"

61. Heidi was misdirecting her warning or threatening me to lose the job if the error was repeated. So, I scribbled encouragement to myself that I "have a right to defend myself if I believe the accuser has got it wrong. Should I be blamed with such a scathing email for mistakes made by other departments?"



**Heidi Derryberry, CPA**
City of Flagstaff   Assistant Finance Director

62. Fig. 30 (below): Those are the same batches that City of Flagstaff was talking about when defaming me to Arizona DES Unemployment Insurance Department, arguing that I should not be given unemployment benefits, and fabricating lies about me that I did not properly process required batches, and caused the finance department to fall behind!!!

Explain in detail, the effect his/her actions had on your company.

Sarah not properly processing the required batches or getting other tasks completed within the required time caused the finance to fall behind in providing accurate records for financial statements. These actions also cause co-workers to have to wait to complete their tasks and rush their process.

63. The errors had been made on a day I was off by two Caucasian women in completely different departments located in buildings several minutes' drive away: Larena Guider and Cathy Getchaw. That was October 5th 2019, yet from the time I was hired on February 25th 2019 I had never: reviewed batches, been given any authorization to access that section of the Innoprise software, nor ever received any training about processing of batches.

64. City of Flagstaff had been busy racially profiling me with negative stereotypes as not intelligent or worthy enough to work in finance (accounting industry) and overlooking me for pertinent training, because I was of black race and African ethnicity (not born in America), yet other employees like Larena and Cathy (whose errors City of Flagstaff scapegoated me, bad-mouthed me and threatened to fire me for) had clearly received training and Innoprise authorization for batches by that time.

65. When I complained that I was being scapegoated because the errors were made on a day I was off work (my alibi) by caucasians Larena and Cathy, yet I was being threatened with job loss via a warning, Heidi told me: "if we accuse you of something, simply accept. We don't want defensive people." I felt City of Flagstaff was violating my due process and equal protection under the law civil rights.

66. How different is that from a police officer, for example, forcing a black person to admit having committed a crime that police officer knows was committed by a Caucasian? The way City of Flagstaff's treated me was simply unconstitutional.

67. I pointed out that all emails of City of Flagstaff employees end with ".gov," so they should know the constitution by heart and not violate my due process rights and the right to defend myself. City of Flagstaff's retaliation against me is in violation of my constitutional and statutory rights.

68. Those City of Flagstaff's false accusations against me have cost me more than

$250,000 in losses from: unemployment benefits I was denied by Arizona and Massachusetts unemployment State agencies who did not question City of Flagstaff's false assertions, loss of business loans due to reduced credit score when I was denied unemployment benefits and couldn't pay my bills, and lost time out of college as unemployment benefit agencies threatened to take my student financial aid (Fig.31 below).

Unemployment Insurance Benefit (70) delinquencies, the Department may intercept your Federal Income tax refund, Social Security benefits, or any other Federal payment you may be entitled to receive and apply it to your account balance. In Addition, if you have an outstanding debt regardless of its standing (delinquent or not) your Arizona State income tax refund or Arizona lottery winnings may be intercepted and applied to the balance owed.

69. Fig.32: City of Flagstaff treated me with an iron-fist that other employees were not subjected to. City of Flagstaff defamed me to Arizona DES that I made errors, yet City of Flagstaff cannot produce a single document to prove that assertion.

6/1/19, 11:29 AM

At work, the bully workmate is called Glorice. Basing on how she treats me and snaps at me, I think she is racist.

SHe treats me like she strongly believes that I am stupid and she expects me to make errors.

If I haven't made any error in my data entry, she acts like it is impossible for that to happen and concludes that the documents I am working on must have been adulterated.

Now she has started the campaign of attacking me for taking notes. What the hell is wrong with people? She is white, she automatically has a world of privilege compared to me ...

Why does she have to stoop so low as to start neat-picking and "squeezing water from a stone" in search for my imperfections in a bid to confirm whatever stereotypes she holds about me?

70. Fig. 33 below is a Facebook message I sent Brianna, a friend of mine in Seattle about how City of Flagstaff racially profiled me as incompetent error-maker.

This most recent Friday she shouted at me, and falsely accused me of having entered data incorrectly, blaming it on my tendency to make notes.

But the almighty God vindicated me, shamed her, taught her a lesson,and made her vilifying words to dry on her lips.

Turns out I had never made any data entry mistakes in the first place.

I was supposed to enter amount spent on fuel for each vehicle from the "City of Flagstaff's Bulk fuel usage" excel document into a "Jan-Mar" quarterly journal excel document.

The "Jan-Mar" quarterly document already had a list of vehicles for which I was supposed to enter corresponding fuel usage obtained from the "City of Flagstaff's Bulk fuel usage" excel document. However, some vehicles in the latter document were not listed in the former document.

Unfortunately, the total amount of fuel usage in the "Jan-Mar" quarterly document turned out to be around $64,000, which made her raise hell. She barked at me to fix it.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The total amount of fuel usage in the "Jan-Mar" quarterly document was supposed to be the same as that in the ADOT document. In this case, around $61,000.

It turns out that I had not made any mistake. The fuel usage I had input for the vehicles already listed on the "Jan-Mar" quarterly document rightly totaled $64,000.

And, i could not have added new vehicle numbers to the "Jan-Mar" quarterly document's pre-existing list, as doing so required getting their account numbers from another software (authorization for which I did not have).

That means, I could not input the fuel usage amounts from the "City of Flagstaff's bulk usage" excel document into the "Jan-Mar" quarterly documents given that their corresponding vehicle accounts were not in the latter documents.

This is the actual excel calculation i showed her to prove that I had not made any mistake: "=64153.45+48.6+20+431.6+11.2+28.1+220.9+114.9+ 804.1+10.5+83.6+1782.07-5766.3". The result of that calculation is 61942.72.

23

$64153.45 was what I had obtained as the total fuel usage of the vehicles on the pre-existing list. Sadly, there were already vehicle numbers absent from that list she had given me, and without them i could not add their corresponding fuel usage (indicated by these varying amounts: 48.6,20,431.6,11.2,28.1,220.9,114.9,804.1,10.5,83.6,1782.07,-5766.3).

In other words, she jumped to conclusions that I was making mistakes, instead of waiting to see why the initial total fuel usage was more than the anticipated 61942.72.

It only reduced to $61,000 (that was supposed to be marched to the official ADOT document) if the fuel usage of the vehicles not already listed on that "Jan-Mar" quarterly document (but on the "City of Flagstaff bulk fuel usage" excel document) had been added to that $64,000, as one of the fuel usage amounts was a large refund of about -5700.

This job is glossy on the outside, but very stressful.

71a)The above is one of scenarios following which City of Flagstaff punished me for having literally spoken, by labelling my having an opinion in the workplace as misconduct, firing me over it, and falsely accusing me of having a poor attitude.

71b)Other white American-born employees were not punished like me for speaking

during training. Fig 34. (below) excerpt of City of Flagstaff statement to EEOC.

Nakanwagi was not completing tasks accurately and timely, and she displayed a poor attitude when
her supervisors and co-workers attempted to coach and train her. And there is nothing that would

72. Fig. 35(below): Glorice was forced to acknowledge on her own accord that I had
been right and done an excellent job in my analysis of the variances in the bulk use
spreadsheet (Fig.33 above). It is one of many examples refuting City of Flagstaff's
defamatory statements that my work was neither accurate nor satisfactory (racially
profiling me with negative and denigrating stereotypes depicting a black person of
African ethnicity like me as incompetent in the workplace).

## Sarah Nakanwagi

| From: | Glorice Thousand |
|---|---|
| Sent: | Friday, May 31, 2019 1:21 PM |
| To: | Sarah Nakanwagi |
| Subject: | Missing Vehicles |

Hello Sarah,
Nice job figuring out the variance in the bulk use spreadsheet.

73. Fig.36 below is a study on statnews.com that found that black employees (like me) are
disparately subjected to more criticism or higher scrutiny, negative reports, over-policing,
threatened with job loss, and punished for things Caucasian employees are given leeway.
https://www.statnews.com/2022/06/20/black-doctors-forced-out-of-training-programs-at-
far-higher-rates-than-white-residents/

They described getting criticized and written up constantly, sometimes for things they saw go unpunished
for others. They said they lacked support from faculty and peers and faced a barrage of mistreatment —
being mistaken for other Black residents, being asked to remove meal trays or take out garbage, and
having their hair touched. They started to get anxious and lose sleep. Instead of getting more support and
training after making a mistake, they faced higher scrutiny, overpolicing, and more negative reports.
They were put on probation, but were afraid to ask for help. Then, they were quietly asked to leave.

74. Fig. 37 below is one of many examples City of Flagstaff subjected me to disparate treatment and gave other similarly situated employees more leeway, like Larena emailing me how she had "got behind" on a task. I never got behind on any task, but City of Flagstaff falsely accused me of not completing tasks on time, fired, defamed, and denied me benefits.

Sarah,

I'm reviewing the list you sent and working on this right now. I got a new computer and Martin was out so I got behind on entering, but I thought that most of these were entered. I will get them in now.

Two of them we are working on for September that had errors in credit card reports. 9.24 and 9.15

The others should be entered by the end of today.

Thank you,

*Laleña Guider*
Administrative Specialist
City of Flagstaff, Parks, and Recreation
211 West Aspen Ave.
Flagstaff, AZ 86001

.gov

75. Fig. 38 below: example of disparate treatment City of Flagstaff subjected me to. I was a part-time employee expected to complete a full-time workload of P-card task in less than 1 workday. City of Flagstaff treated me mercilessly in unreasonably expecting me to process P-cards with other tasks in a very constricted timeframe like a robot, yet it was more humane with similarly situated American-born Caucasian employees like Larena.

76. It was a Wednesday, but Larena (a full-time employee) was accorded more time to complete P-card task over several days through to the following week. When I informed Dan about Larena's response, I scribbled what he said: "as long as you've made them aware, go ahead and follow up with them next week." Larena did not face any repercussions, yet City of Flagstaff falsely accused me and fired me for "taking significant time" on P-card task that I often completed within 1.5 days (workday is 8 hours) maximum.

1

**Sarah Nakanwagi**

2
| From: | Lalena Guider |
| Sent: | Wednesday, October 16, 2019 12:18 PM |
| To: | Sarah Nakanwagi |
| Subject: | Re: Following up (10/7/2019 Missing batch ) |

3

4

I'm currently swamped in P-card Entry and Timecards and probably won't get to it until next week.

5

Thank you,

*As long as you remain aware P's filed and follow up within next week.*

6

Laleña Guider
**Administrative Specialist**
City of Flagstaff, Parks, and Recreation
211 West Aspen Ave.
Flagstaff, AZ 86001

7

8

9

██████████████ gov

10
From: Sarah Nakanwagi <Sarah.Nakanwagi@flagstaffaz.gov>
Sent: Wednesday, October 16, 2019 10:48 AM

11
To: Lalena Guider <████████████.gov>
Cc: Daniel Hellman <████████████ gov>

12
Subject: Following up (10/7/2019 Missing batch )

13
Good morning Lalena Guider,

14
Thank you for your email. In response to your most recent email, this is a simple follow up to determine what progress has been made on Innoprise's missing 7th October 2019 batch. Thank you.

15
Sincerely,

16
Sarah Nathreen Nakanwagi
**Finance Specialist**
City of Flagstaff, Arizona, USA

17
Office telephone: 928-213-2225
Email: Sarah.Nakanwagi@flagstaffaz.gov

18

19
77. Fig. 39 below: example of disparate treatment City of Flagstaff subjected me to. Please

20
note that City of Flagstaff offered less than 30 minutes (during October 7th 2019 meeting

21
with Heidi and Dan) of batch review training, ONLY after I had complained about being

22
threatened to be fired over being scapegoated for batch errors Larena and Cathy made on

23
a day I was off from work.

24
78. Before Heidi's October 5th 2019 email (Fig. 28 and Fig. 29), I had never received any

25
batch training or its related batch Innoprise access. Below, it is clear Larena was provided

26
open-ended (without limit on time) training in all aspects of batch processing, when she

27
affirms: "Cathy has been training me on troubleshooting the different issues that come up."

28

**Sarah Nakanwagi**

| | |
|---|---|
| **From:** | Lalena Guider |
| **Sent:** | Friday, October 11, 2019 3:42 PM |
| **To:** | Sarah Nakanwagi |
| **Subject:** | Re: Missing batch (7th October 2019) |

Yes,  10.7.19 is a new one I am working on as well. The credit card numbers don't match so we have to troubleshoot it before we will be able to upload it. Cathy has been training me on troubleshooting the different issues that come up.

Thank you for working with us,

*Laleña Guider*
**Administrative Specialist**
City of Flagstaff, Parks, and Recreation
211 West Aspen Ave.
Flagstaff, AZ 86001
████████████
██████████.gov

79a). Fig. 40a,b,c (below): is proof that I was a team-player. It is a text message from Dolores, a City of Flagstaff workmate in the same Finance department, and has worked for City of Flagstaff for more than 20 years.

79b) This is evidence that the City of Flagstaff's demonizing me as not having been a team-player is motivated by bias and retaliation against me for simply having spoken up.

79c) Here, Dolores texted me:

> "I miss working with you. You were very helpful and friendly and very patient with me when I needed help ... I wish I could have worked with you longer. I was comfortable talking with you about anything."

28



**Dolores**

1/5 Hi Sarah, hope you are doing well! I'm doing well. I have been working from home since this pandemic started. It's very different. I miss working with yo

8:48 PM

2/5 u. You were always very helpful and friendly and very patient with me when I needed help. Yes, Dan is an understanding person. I hope he continues to gro

8:51 PM

**Dolores**

he continues to gro

8:51 PM

3/5 w in his position. He will go far in life. His parents raised him well. Please keep in contact with me. Text me and let me know how you are doing. Be car

8:52 PM

4/5 eful over there. Boston is a beautiful place to live. I wish I could have worked with you longer. I was comfortable talking with you about

Fig.40a                                    Fig.40b

Fig.40c



raised him well. Please keep in contact with me. Text me and let me know how you are doing. Be car

8:52 PM

4/5 eful over there. Boston is a beautiful place to live. I wish I could have worked with you longer. I was comfortable talking with you about anything. Take

8:53 PM

5/5  care  Dolores

8:53 PM

80.a) Fig. 41a: sample of my accurate journal entry while processing City of Flagstaff's ADOT fuel usage refund.

80b) And as you can see, there was not a single error, not even 0.01, yet City of Flagstaff defamed me in retaliation by continuously labelling me as having done unsatisfactory work, while banking on people and organizations (like Arizona Unemployment Insurance Program and Massachusetts Unemployment insurance Program) to racially profile me with negative stereotypes and totally believe City of Flagstaff's false accusations against me.

80c) City of Flagstaff ended-up receiving a refund of $5,846.97 from Arizona's ADOT department.

| | | |
|---|---|---|
| ▓▓▓▓▓▓▓-4311 | | 133.42 |
| ✓ ▓▓▓▓▓-1001 | 1,062.00 | |
| ✓ ▓▓▓▓▓-1001 | 680.68 | |
| ▓▓▓▓▓-1001 | 54.00 | |
| ▓▓▓▓-1001 | 16.62 | |
| ▓▓▓▓▓▓-1001 | 318.43 | |
| ▓▓▓▓▓-1001 | 133.42 | |
| ▓▓▓▓-1001 | 3,581.82 | |
| ▓▓▓▓▓-1311 | 7,084.74 | |
| ▓▓▓▓-1311 | | 1,237.77 |
| ▓▓▓▓▓-1001 | | 5,846.97 |
| | 12,931.71 | 12,931.71 |
| | Check Figure per Report | 5,846.97 |
| | Difference | - |
| | Refund Due from/(to) State | 5,846.97 |

Journal # 1094421.

81. Fig 41b: Is one of the other tasks I quarterly did. This is the ADOT Use Fuel Refund Application that was due quarterly and submitted on behalf of City of Flagstaff without a single error and on time. City of Flagstaff received a refund of $5,849.92, which matches the ADOT journal entry in Fig. 41a above.

**ADOT**
Financial Management
96-0168 R03/15   www.azdot.gov

Mail Drop 521M
Fuel Tax Refund Compliance Unit
PO Box 2100
Phoenix AZ 85001-2100

**USE FUEL REFUND APPLICATION**

- Complete online or in black ink
- See requirements on next page
- Mail to the address above

| Refund Period Beginning Date | Refund Period Ending Date | Federal EIN | Refund Account Number |
|---|---|---|---|
| 4/01/2019 | 6/30/2019 | ▮▮▮▮ | ▮▮▮▮ |

Business Type
☐ Aggregate  ☐ Construction  ☐ Farm  ☐ Golf Course  ☐ Transportation  ☐ U.S. Government  ☒ Other Government
☐ Other (explain):

| Applicant Name | Doing Business As (DBA) |
|---|---|
| City of Flagstaff | |

| Refund Mailing Address | | City | | State | Zip |
|---|---|---|---|---|---|
| 211 W Aspen Avenue | ☐ Check if changed | Flagstaff | | AZ | 86001 |

| Business Phone | Contact Person Name | Contact Person Phone |
|---|---|---|
| ( 928 ) 213-2218 | Sarah Nathreen Nakanwagi | ( 928 ) 213-2218 |

1. Use Fuel (Diesel) – subject to ADOR tax    Email: Sarah.Nakanwagi@flagstaffaz.gov

| ADOT Use | Refund Code | Total Gallons Claimed | Tax Rate | Amount |
|---|---|---|---|---|
| OD/GH | OR11 | 8,785 | x $0.26 | $2,284.10 |
| OD | PT11 | 0 | x $0.26 | |
| OD | RE11 | 0 | x $0.26 | |
| OD | ID11 | 0 | x $0.26 | |
| Use Class Total | | 8,785 | (for Schedule A line 32) | |
| OE/GL | OR21 | 0 | x $0.18 | |
| OE | PT21 | 0 | x $0.18 | |
| OE | RE21 | 0 | x $0.18 | |
| OE | ID21 | 0 | x $0.18 | |
| Light/Exempt Class Total | | | (for Schedule B line 32) | |

| | | |
|---|---|---|
| Gross Refund Amount | | $2,284.10 |
| Less Tax Due ADOR (from Schedule A/B line 36)  (−) | ( | $1,234.82 ) |
| Section 1 Refund Amount | | $1,049.28 |

2. Bulk Use Fuel

| ADOT Use | Refund Code | Total Gallons Claimed | Tax Rate | Amount |
|---|---|---|---|---|
| BL | BFLC | 0 | x $0.08 | |
| BL | BFEX | 60,008 | x $0.08 | $4,800.64 |
| Section 2 Refund Amount | | | | $4,800.64 |

| Total Refund Due (Section 1+2 Refund Amount) | $5,849.92 |
|---|---|

82. Fig. 41c below: Glorice emailed me and copied Heidi, congratulating me on doing a great job as I had processed the ADOT application without any single error

(not even a 0.01 error). I processed it in a timely manner, and she exclaimed how it "looks wonderful." The same commitment to excellence I had proven throughout college, is the same excellence I applied to my position at City of Flagstaff for all tasks where I had received training.

**Sarah Nakanwagi**

| From: | Glorice Thousand |
|---|---|
| Sent: | Tuesday, June 4, 2019 1:17 PM |
| To: | Sarah Nakanwagi |
| Cc: | Heidi Derryberry |
| Subject: | ADOT Fuel Use Refund |

Hello Sarah.
The ADOT application looks wonderful!  Great job!  I just need you to do two things before you print it

83. This strongly refutes City of Flagstaff's career-killing retaliatory and defamatory statements that I was untrainable, not a team-player, had poor performance, that my work was unsatisfactory, full of errors, and unreliable!!! City of Flagstaff was vindictive towards only me due to my innate characteristic of having black race, African ethnicity and speaking with non-white foreign accent.

84. Fig. 42 (below): excerpt of City of Flagstaff's statement to EEOC where City of Flagstaff labelled me inherently untrainable, a denigrating and dehumanizing way of racially-profiling me with negative stereotypes about minorities or black people with African ethnicity (like me) as imbeciles, not worthy of training in the workplace. That is one of the negative stereotypes and bias that motivate discrimination, and that the Brown vs. Board of Education Supreme Court experiment (white doll: nice; brown doll: nothing good) sought to highlight.

After repeated attempts to coach and train Ms. Nakanwagi without success,

85. For tasks City of Flagstaff trained me like ADOT, I was a quick learner who efficiently performed my duties as depicted by Fig. (above) 35 and Fig. 41c where Glorice commended me for a great job.

33

86. Fig.43 (below): is a screenshot of Heidi's handwriting whereby I was not given Navilline (another software) access necessary in processing of ADOT, yet other similarly situated employees (like Glorice) who did not have my innate characteristics (of black race and African ethnicity) in the department had that Navilline access. At this point, no one had given me necessary vehicle information required for me to complete a stage in processing of ADOT. I had to inform Heidi that the processing of ADOT is being done for City of Flagstaff, not for my own personal benefit. Thus, Heidi ended up writing the information I needed for my task.

| Account Number | Vehicle Number (also known as "Equipment Number") | Truck Number (also Known as "Reference Number") | Description | VIN Number (if available) | Fuel capacity | Total Fuel (gallons) April - June quarter | Licence Number (if available) |
|---|---|---|---|---|---|---|---|
| | | | WASTEWATER - SLUDGE INJECTION, fuel is used in described operation in equipment 52009 and 52018 | | 500 | 54 | n/a |
| | | | Bulk billing account for Solid Waste Commerical Collections | n/a | 500 | 4 | n/a |
| | | | Bulk billing account for Fleet, fuel is used in multiple applications | n/a | 250 | 4.4 | n/a |
| | | | Streets Dept Bulk Diesel tank in the Bed of Mike Strees Pickup | n/a | 119 | 20.3 | n/a |

87. Fig. 44: This is the August 1, 2019 warning letter Heidi gave me. As you can see, I circled where they falsely accused me of having been "negative" to them. Following that meeting, when I asked Heidi what they meant by "negative to them," she responded that "you are mean to us because we are scared of coming to your office." Yet they were not afraid to walk in and out of office cubicles of other employees who were Caucasian American-born and did not have my innate characteristics (of black race and African ethnicity) like me.

To: Sarah Nakanwagi

Thru: Rick Tadder

From: Heidi Derryberry

Date: August 1, 2019

RE: Letter of Reprimand with a Corrective Action Plan

This is a letter of reprimand that will be placed in your personnel file (201 file) for the following items:

4. Being negative and defensive to team members when discussing your work

88. Fig.45: On October 21st 2019, I expressed continued concern that I was being scapegoated for the department's bottlenecks. 2 days later (on October 23 2019), City of Flagstaff fired me in retaliation for engaging in such a protected activity.



Fig. 45a

Fig.45b

89. Fig.46 (below): That same day (21st October 2019) that I expressed concern of being scapegoated (because of my black race and African ethnicity), being threatened again not to repeat what other employees did, and how I had no control over other employees in other departments who were not doing tasks they were supposed to do (upload invoices for purchases they have made on behalf of City of

Flagstaff, in order for me to assess if they are the correct one, then press post which would send the transaction for accountants to authorize payment to said vendors).



Dan ~ work

(1/3) Hello Dan,

Often, even if I report for work mid-week, i find when hardly anything is approved!!! However much i raise a concern about lackluster data i (2/3) n Innoprise to Carol Ann several times a day, there are times when nothing gets done for weeks.

For example: court items under Diana Wood, library



Dan ~ work

Ann several times a day, there are times when nothing gets done for weeks.

For example: court items under Diana Wood, library items (3/3) under Ilean Casey were pending all week and approved Friday morning, while Martin Collins' items have lacked attachments for almost 3weeks!!!

Sarah NN
10:51 AM

Fig. 46b                                        Fig.46a

36



Fig.46c                                        Fig.46d

90. In Fig.30, City of Flagstaff plagiarizes my complaint (in texts from Fig.45 and Fig.46) of how City of Flagstaff colleagues (in completely other departments) had not been uploading required documents for me to review, which delayed completion of my task that was dependent on them uploading source documents. City of Flagstaff turned my complaint into their own to character-assassinate me that I: caused "coworkers to have to wait to complete their tasks and rush their processes."

91. Fig. 47: While City of Flagstaff was defaming me on June 16th 2020 to third party Arizona Unemployment Insurance Program in retaliation for having filed an

37

1   EEOC complaint against it, City of Flagstaff affirmed that contents (including their

2   false accusations against me that I was mean to them) in this August 1ˢᵗ 2019 warning

3   letter was evidence of my negligence and disobedience.

4   13  If you feel he/she was able to perform the work, but was negligent, careless, or         Please see the attached Letter of
       disobedient please give examples.                                                        Reprimand dated 8/1/2019 for
5                                                                                                examples.

6   Files in Master Document:

7   Document Type          File Name
    Termination Document   S Nakanwagi - End of Temporary Assignment Letter - 10.23.2019 pdf
8   Warning                S Nakanwagi - Letter of Reprimand - 08.01.2019.pdf

9   92. Fig. 48: Confirms I filed my EEOC charge against City of Flagstaff on

10  3/24/2020.

11  | I WANT THIS CHARGE FILED WITH BOTH THE EEOC AND THE STATE OR LOCAL AGENCY, IF ANY. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES. | SIGNATURE OF CHARGING PARTY AND DATE: Nathreen·N·S.   3/24/2020 |
    |---|---|
12  | I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, Day, Year) 03/24/2020  ANTHONY LORENZO COMMISSION # 549088 NOTARY PUBLIC – STATE OF ARIZONA COCONINO COUNTY My commission expires July 25, 2022. |
13
14  INT-2020-0179/Sarah Nakanwagi/YGT

15  93. Fig.49: While City of Flagstaff terminated me on October 23ʳᵈ 2019, they
16  reiterated the defamatory statements against me to third parties (Arizona
17  Unemployment Insurance program) on 6/16/2020. This was after I had filed a claim
18  for unemployment benefits on 5/24/2020 due to the worldwide Covid-19 pandemic
19

20              State Filed:  AZ                    that rendered millions to need
21            Liability:  S 3502.65 Calculated      this lifeline benefit. Case law
22        Date of Claim:  5/24/2020                 asserts that republishing of a
23      Submitted Date:  6/16/2020                  defamatory statement resets
24        Submitted By:  Denise Thompson            the statute of limitations. Given
25  Claimant Statement:  No Statement               that I initially filed this civil
26        Request Type:  SIDES Base Period Claim    action in Coconino County
27         Entity Name:  CITY OF FLAGSTAFF          Superior Court (State court in
28      Account Number:  ▬▬▬                        Flagstaff), my claims were

within the statute of limitations.

94. I gave City of Flagstaff notice of my claims during my initial 3/24/2020 EEOC filing, and when I told them to Cease and Desist from defaming me in my response to their EEOC statement that I responded to via email on 8/27/2020. Fig.50. (below).

I encountered from day 1. So, I encourage the City of Flagstaff to CEASE and DESIST from maligning me in this wicked and oppressive fashion. The City of

95. The fact that City of Flagstaff has not recanted those defamatory statements against me to third party Arizona Unemployment Insurance Program and Massachusetts Unemployment Insurance Program, then City of Flagstaff effectively engaged in continued violation of my civil rights in violation of fourth amendment.

96.a) A prior Title VII national origin discrimination lawsuit against City of Flagstaff in Arizona district court did not yield a "cease fire." City of Flagstaff continued to crucify me when it maintained the opposite of the stipulation (falsely accusing me of having been mean to them) in documents it republished to third parties like Arizona Unemployment Insurance Program.

96b) There is no res judicata as this civil action complains about City of Flagstaff having discriminated, retaliated, scapegoated me and violated my civil rights based on my black race and African ethnicity, although same events it arose from.

97. Fig.51 (below): shows City of Flagstaff harassed and threatened to fire me over having volunteered a couple extra hours. Other department staff all used to work on weekends overtime (more than 8 hours). City of Flagstaff punished and treated me heavy-handedly, while turning a blind eye to the same transgressions by other employees who all did not share my innate black race and African ethnicity. Dolores once showed me the extra hours she had been working, and was similarly-situated.

to work Monday, Tuesday and Thursday for a total of a maximum of 19.75 hours. On June 26, 2019, it was brought to my attention that you had recorded work hours of 10.0 hours (7:05 am – 5:05 pm) on June 24, 2019 and 13.25 hours (7:15 am – 8:35 pm) on June 25, 2019 for a total of 23.25 hours. In addition, it was recorded on your whiteboard that you would be returning to work on June 27, 2019 and all additional hours worked were "volunteer" hours. These actions were in direct violation of the direction I had given

98. Fig.52 (below): City of Flagstaff's employment categories description, that "[u]nclassified service positions are created …to carry out the goals and policies of City of Flagstaff." So, Section 1983 applies to City of Flagstaff. Heidi, Rick Tadder, and Denise Thompson were involved in all stages of what I am complaining about (all were present in firing me, for example). Their job descriptions fall under this policy development category.

UNCLASSIFIED SERVICE

1. Unclassified service positions are created to provide a responsive management team to carry out the goals and policies of the City of Flagstaff. The unclassified service is made up of

99. Fig.53: Job description of Rick Tadder (Management Services director), includes policy development and implementation. So, discriminating against me, scapegoating me, and negatively stereotyping me was City of Flagstaff's policy.

• Policies/Procedures: This job has full responsibility for policies and procedures (develops, implements, and interprets) at the division level.

100. Fig.54: City of Flagstaff's job description of Heidi Derryberry (Assistant Finance Director) involves policy development. So, stereotyping, scapegoating, violating my civil rights and discriminating against me was City of Flagstaff policy. In finance department, I was only employee of black race and African ethnicity.

• Policies/Procedures: This job has full responsibility for policies and procedures (develops, implements, and interprets) at the program level as well as partial responsibility for City-wide financial policies and procedures.

101. Fig.55: City of Flagstaff's job description of Denise Thompson, the one who republished defamatory and malicious statements about me to Arizona Unemployment Program, involves assisting with policy development. So, retaliating against me, falsely accusing me, and defaming me was City of Flagstaff policy.

• Policies/Procedures: This position assists with developing and implementing personnel policies and procedures.   The incumbent in this position also answers general

40

102. Fig.56: Arizona Department of Unemployment Insurance Program denied me benefits at the height of Covid-19, when millions of Americans who had lost their livelihoods received that lifeline to sail through such an unprecedented global pandemic. City of Flagstaff played a role in denial of my unemployment benefits, with Arizona department of Unemployment Insurance Program criminalizing me for "neglect of duty". I have provided evidence that I never neglected my duty. City of Flagstaff defamed me in retaliation, scapegoated me, subjected me to disparate treatment, penalized me for simply speaking (in violation of my first and fourth amendment civil rights, due process and equal protection under the law civil rights).



DETERMINATION OF DEPUTY
NOTICE TO CLAIMANT

You are disqualified from 10/20/2019 until you are reemployed and earn $1040, five times your weekly benefit amount. Important - see reverse.

Discharged from Employment, A.R.S. 23-775.2, Neglect of Duty, A.A.C. R6-3-51310.A.

You were discharged because you failed to complete assigned work. You previously demonstrated the ability to properly complete your work and you had been warned about your performance. A disregard of your employer's interests has been shown.

This determination creates an overpayment of Unemployment Insurance benefits. Your intentional failure to report the correct reason why you are no longer employed is a misrepresentation of an important fact. This classifies your overpayment as fraud. Additional penalties and disqualifications from future benefits apply. A.R.S. 23-778, 23-787. An appeal of this determination is also considered an appeal of the overpayment.

NOTICE TO EMPLOYER

103. Fig 57: In retaliation against me for having filed EEOC complaint on 3/24/2020, City of Flagstaff defamed me as lacking communication skills due to my black ethnic accent.

her lack of learning the appropriate
communication skills/style as required

41

1    104. Fig. 58 (below): Sample of accounts payable work I did daily. For the few
2    Finance department tasks I was trained in, I did them excellently. While painting me
3    as having been incompetent, City of Flagstaff racially profiled me with negative
4    stereotypes commonly held about black people with African ethnicity like me.

5

6    ~~_____~~ → $87.43
     (Transaction post date 7/19/2019).
7    → He only attached a photo of himself
     purchasing gas, yet past audit reports
8    have emphasized provision of the necessary
     missing receipt form that has the
9    purchaser's signature and that of his
10   or her supervisor.

11
     ✓emailed
12

13                                                                As you can see,
14   → andrew hulls → [7 pending]                                 Martin   Collins
15   → didna wood (all pending)                                   had           not
     → Enterprise user (many pending)                             uploaded
16   → James McGrew (2 pending)
17   → Martin Collins (all rack attachments still)                attachments for
18   → ellie pichon (2 pending)                                   me to review.
19

20   Unit of Measure  Each                                Unit Price       55.59
21   Use Tax - Out of State Vendors - USE TAX             Use Tax Rate (%)  6.60
                                                          Int. Use Tax Amount  3.67
22

23   Program  Function  Object  Project   Grant   WO    Job   Asset  Description
24   40220    2         4352                                         Uniforms

25   The attachment shows $166.77 worth of
26   purchases from Cops Plus Inc, yet the
     pcard statement only shows $55.59.
27   what happened to the remaining $111.18?
28

42

105. Fig. 59 below is a screenshot of a study titled "OPM finds blacks fired at higher

rate" that found black people (like me) are 2.7 times more likely than whites to be fired

by government entities like City of Flagstaff.

https://www.washingtonpost.com/archive/politics/1995/04/19/opm-finds-blacks-fired-at-

higher-rate/aba3abd4-f277-4f19-8a10-bbe1159f8217/

> Black federal employees are nearly 2 1/2 times more likely to be fired than white workers in the
> government, a study scheduled for release today shows.

> Blacks were 2.4 times more likely to be fired than whites, Hispanics and Asians, according to the
> study. Among white-collar civil service employees, African Americans were 2.7 times more likely to
> be fired, while blacks in blue-collar occupations were 1.6 times more likely to be fired than whites.

> Since the administration started its review of government firing rates, President Clinton and the
> Republican Congress have begun a national debate on affirmative action programs. Although those
> programs usually focus on hiring and promotion patterns, the study on federal firings suggests that
> discrimination may be a factor in whether employees can keep their jobs, even in the civil service,

106. Thus, City of Flagstaff violated my civil rights by engaging in such systemic racism

that echoes slave era notions disparately relegating me (a black person of African

ethnicity) to insurmountable unemployment, chained in poverty, denied opportunity to

enjoy social mobility and pursue (finance/ accounting) careers in white-collar civil

service despite being more than qualified for the position for which I had been hired.

107. Fig. 60 below is another study titled "Black workers really do need to be twice as

good," that found that unlike white workers, black workers are disproportionately

subjected to "extra scrutiny from bosses, which can lead to worse performance reviews,

lower wages, and even job loss."

1   https://www.theatlantic.com/business/archive/2015/10/why-black-workers-really-do-
2   need-to-be-twice-as-good/409276/
3
4       There's <u>data</u> that demonstrates the unfortunate reality: Black workers receive
5       extra scrutiny from bosses, which can lead to worse performance reviews,
6       lower wages, and even job loss. The NBER paper, authored by Costas
7       Cavounidis and Kevin Lang, of Boston University, attempts to demonstrate
8       how discrimination factors into company decisions, and creates a feedback
9       loop, resulting in racial gaps in the labor force.
10
11      to be wary as well.  In the meantime, white workers are less scrutinized, and as
12      a result, they enjoy a longer tenure on the job, which leads to a stronger work
13      history, more skills, and higher wages.
14
15  107. a) Not forgetting the time Heidi (a Caucasian) fostered a toxic workplace with her
16  inappropriate discussions that were laced with biased undertones. For instance, Heidi
17  expressed how she was relieved that some Muslims (whose presence in her neighborhood
18  made her uncomfortable) one day relocated elsewhere, and left their luxury cars. While I
19  am catholic and practice meditation and yoga, my dad (passed away:cancer) was Muslim.
20
21  b) As if that was not enough, Heidi discussed how happy she was when her close relative
22  broke up with a black man for a white one. Personally, the person I love is Caucasian
23  with whom I'll procreate so my mixed-race offspring can enjoy a softer and safer life of
24  being **LESS** discriminated against (compared to my harrowing black experience) in USA.
25
26  c) The problem is that Heidi went on to say how she never allowed the black man to step
27  a foot in her house, but would let the white man freely roam her house even when she
28

44

was away. That provided me an insight as to why Heidi was treating me (a black person of African ethnicity) disparately in the workplace, scapegoating me, labelling me as scary person with "aggressive" presence that they falsely accused me of being mean to them because they were scared of coming to my office.  This was no different from how the segregationist Jim Crow era treated black people like me.

d) Heidi is the boss, and was standing in the doorway of Dan's office while loudly having that aforementioned discussion that was laced with bias against Muslims and people like me of black race(and African ethnicity). Dan is a perfect gentleman who politely listened.

e) Anyone lucky enough to have crossed paths with Dan, undoubtedly and unanimously concurs Dan (a Caucasian) belongs in the USA Oval Office as a USA Mr. President, if America's Christians "do not conspiracy theory" his last name. Dan has my vote 100%.

f) Dan's military experience and having been a police accountant, means he has right set of skills to be an excellent USA Commander-in-Chief, who can bridge gap between law enforcement and civilians, while encouraging cohesion throughout this great nation USA.

g) Dan's calm nature in any stressful situation, means he has right demeanor and can be trusted with USA's Gold codes (nuclear codes) or nuclear football. Dan's exceptional listening skills would enable him to get along well with USA's intelligence community.

h) Dan's finance skills would enable USA to effectively address its trillion-dollar debt. Dan's diplomatic mannerisms makes him a perfect USA representative on global scene, as he is undeniably one of most decent human beings who embodies ideals (best values) USA is reputed for. Dan always endeavored to treat me humanely and with dignity.

i) As evidenced from Fig. 40a and 40b above, text message Dolores sent me long after I

no longer worked at City of Flagstaff, in which Dolores asserted: "Yes, Dan is an understanding person. I hope he continues to grow in his position. He will go far in life. His parents raised him well."

k) Thus, I was concerned Heidi abused her position of authority by negatively influencing Dan, who she gave no other choice other than to listen to her biased and toxic non-work discussions that propagated a hostile work environment for staff(like me) who overheard.

108. Fig.61 below is a screenshot of a study published in the National Library of Medicine, titled "Racism as a Determinant of Health: A Systemic Review and Meta-Analysis." https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4580597/

Racism can be defined as organized systems within societies that cause avoidable and unfair inequalities in power, resources, capacities and opportunities across racial or ethnic groups. Racism can manifest through beliefs, stereotypes, prejudices or discrimination. This encompasses everything from open threats and insults to phenomena deeply embedded in social systems and structures [1]. Racism can occur at multiple levels, including: internalized (the incorporation of racist attitudes, beliefs or ideologies into one's worldview), interpersonal (interactions between individuals) and systemic (for example, the racist control of and access to labor, material and symbolic resources within a society) [1–3]. Racism persists as a cause of exclusion, conflict and disadvantage on a global scale [4], and existing data suggests racism is increasing in many national contexts (e.g., [5–9]).

109. The aforementioned study in Fig.61(above) defined racism as "organized systems within societies that cause avoidable and unfair inequalities in … opportunities across racial or ethnic groups. Racism can manifest through beliefs, stereotypes, prejudices or discrimination … systemic (for example, the racist control of and access to labor …) Racism persists as a cause of exclusion …" This is evidence that City of Flagstaff subjected me to racism because of my black race and African ethnicity, in violation of my civil rights by racially profiling me with negative stereotypes like untrainable and lazy.

46

110. Fig 62 is a screenshot from "The Racist Roots of Work Requirements" research by

Minoff Elisa that was published in the Center for the Study of Social Policy. It evidences

City of Flagstaff's conduct recounted in this complaint as racist. This research found that:

> "[t]he myth of Black laziness was an enduring trope created to justify the
>
> institution of slavery and used by enslavers … to defend their role in the inhumane
>
> system. European slave traders had first promulgated the idea of black laziness in
>
> order to justify their trade in human beings, and it was one of several racist
>
> stereotypes invoked by White enslavers in North America to justify slavery …
>
> propagandists for slavery actively embellished and spread the myth of Black
>
> laziness … as a way of defending the institution of slavery … there was growing
>
> coherence in pro-slavery thought, and one of the ideas propagated … was that
>
> Black people were lazy."https://cssp.org/wp-content/uploads/2020/02/Racist-
>
> Roots-of-Work-Requirements-CSSP-1.pdf

The myth of Black laziness was an enduring trope created to justify the institution of slavery and used by enslavers like Washington to defend their role in the inhumane system. European slave traders had first promulgated the idea of Black laziness in order to justify their trade in human beings, and it was one of several racist stereotypes invoked by White enslavers in North America to justify slavery.[19] As the historian William Sumner Jenkins observed, "It was the general testimony of slaveholders... [that the Negro was] habitually indolent and opposed to exertion, which condition necessitated a master to force him to work."[20] In the years leading up to the Civil War, propagandists for slavery actively embellished and spread the myth of Black laziness in pamphlets and newspapers as a way of defending the institution of slavery as it increasingly came under attack. From 1830 forward, according to historian Drew Gilpin Faust, there was growing coherence in pro-slavery thought, and one of the ideas propagated by an expanding southern publishing industry was that Black people were lazy.[21]

[19] Kendi, Ibram X. *Stamped form the Beginning: The Definitive History of Racist Ideas in America.* Nation Books, 2016. Historian Larry Tise analyzed pro-slavery writings and found that references to Black people as "dull and lazy, requiring constant supervision" appeared in pro-slavery writing in every period. Tise, Larry. *Proslavery: A History of the Defense of Slavery in America, 1701-1840.* University of Georgia Press, 2004, p. 110.
[20] Jenkins, William Sumner. *Proslavery Thought in the Old South.* University of North Carolina Press, 1935, p. 251. Available at: https://catalog.hathitrust.org/Record/000407909.
[21] Faust, Drew Gilpin. *The Ideology of Slavery: Proslavery Thought in the Antebellum South, 1830-1860.* Louisiana State University Press, 1981, p.4.

111. a) Fig. 63 is another screenshot from the aforementioned "The Racist Roots of Work Requirements" research by Minoff Elisa that was published in the Center for the Study of Social Policy. This research found that City of Flagstaff's racially profiling me with negative stereotypes (including lazy, inherently untrainable, not intelligent, innately incapable of reliable work) can be traced to the segregationist Jim Crow era that regarded black people as inferior and worthless.

b) The research found that "the first popular form of American entertainment in the Blackface character of 'Jim Crow' … portrayed enslaved Black people as "lazy, slow-witted, … This portrayal, as the historian Robin Kelley has observed, "made even the poorest, most degraded White person feel superior to Black people.'" https://cssp.org/wp-content/uploads/2020/02/Racist-Roots-of-Work-Requirements-CSSP-1.pdf

c) This is further evidence that City of Flagstaff's conduct was abusive White supremacy in action, racist, changed the terms and conditions of my employment, deprived me of equal protection of the law and was in violation of my civil rights.

By the eve of the Civil War, cultural depictions of Black people reinforced the myth of Black laziness. In 1830, a White man from Cincinnati named Thomas Rice developed the first popular form of American entertainment in the Blackface character of "Jim Crow." By 1845 Blackface minstrelsy had reshaped the landscape of American culture. White men blackened their faces with burnt cork and portrayed enslaved Black people as "lazy, slow-witted, childlike, highly superstitious, irresponsible, carefree, and very 'musical.'" This portrayal, as the historian Robin Kelley has observed, "made even the poorest, most degraded White person feel superior to Black people."26

26 Kelley, Robin D.G. "There are No Coons Here." The History Teacher, 31, no. 3, 1998, pp. 399-402. See also "Blackface: The Birth of An American Stereotype." National museum of African American History & Culture. Available at: https://nmaahc.si.edu/blog-post/Blackface-birth-american-stereotype.

112. a) Fig 64 is another screenshot from the aforementioned "The Racist Roots of Work Requirements" research by Minoff Elisa that was published in the Center for the Study of Social Policy. https://cssp.org/wp-content/uploads/2020/02/Racist-Roots-of-Work-

48

Requirements-CSSP-1.pdf

b) The research found that "evangelists of slavery repeatedly invoked the falsehood, describing free Blacks as 'the most worthless and indolent of the citizens of the United States.' The state of Florida even cited Black people's supposed 'idleness' as a reason for secession."

c) This research's findings evidence the fact that City of Flagstaff's conduct is a badge and incident of slavery. Especially, when the City of Flagstaff labelled me a useless member of the Finance department and scapegoated me for its downfall (simply because of my black race, skin color and African ethnicity), defamatory statements I felt denigrated me, violated my civil rights, and injured my reputation and killed my career.

Weeksville.[23] But evangelists of slavery repeatedly invoked the falsehood, describing free Blacks as "the most worthless and indolent of the citizens of the United States."[24] The state of Florida even cited Black people's supposed "idleness" as a reason for secession. [25]

[22] Quoted in Faust, *Ideology of Slavery*, p. 52.
[23] Berlin, Ira. "The Structure of the Free Negro Caste in the Antebellum United States." *Journal of Social History*, 9, no. 3 (1976). Available at: https://www.jstor.org/stable/3786572. Walker, Juliet E. "Racism, Slavery, and Free Enterprise: Black Entrepreneurship in the United States before the Civil War." *The Business History Review* 60, no. 3 (1986). Available at: https://www.jstor.org/stable/3115882?seq=1. On Seneca Village see "Mapping the African American Past, Seneca Village." Available at: http://maap.columbia.edu/place/32.html. On Weeksville see Wellman, Judith. *Brooklyn's Promised Land: The Free Black Community of Weeksville, New York*. New York University Press, 2014. Available at: https://books.google.com/books?id=epzsCwAAQBAJ.
[24] Quoted in Jenkins, *Proslavery Thought in the Old South*, p. 246.
[25] See "Florida Declaration of Causes. Gov. Madison Starke Perry-Constitutional Convention 1861." Available at: http://www.civilwarcauses.org/florida-dec.html. See also Kendi, *Stamped from the Beginning*, p. 214.

113. Fig. 65 below is a screenshot of a study published in the National Library of Medicine, titled "Racism as a Determinant of Health: A Systemic Review and Meta-Analysis" that found that the type of racial discrimination that City of Flagstaff subjected me to caused poor physical health and adversely affected mental health, including lowered self-esteem, psychological distress, no life satisfaction, anxiety, and depression. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4580597/

49

ranging from 13 to 53 studies [18–21]. These reviews further examined the poor mental and physical health outcomes of racial discrimination mainly in the U.S, among African-American adult populations. They found consistent evidence for associations between racism and mental health outcomes, and mixed evidence regarding associations with physical health outcomes (of which blood pressure and hypertension were the main outcomes).

with physical health [13]. Additional analyses focused specifically on racism found significant associations with mental health (operationalized as well-being), self-esteem and psychological distress, and similar results for life satisfaction, anxiety and depression (though metrics for the latter three were not published) [23]. Their results regarding the adverse mental health of racism and discrimination were confirmed also by a smaller meta-analysis and another review [24, 25].

114. Fig. 66 below is a screenshot of how I am seeking treatment for emotional distress that is a poor mental health outcome of the racial discrimination, scapegoating and retaliation City of Flagstaff subjected me to.

2/15/2023

To Whom It May Concern:

This letter is to confirm that Sarah Nakanwagi (DOB ████████) attended an intake appointment on 2/10/2023 to enroll in counseling services through Advocates Community Counseling. Sarah reported seeking these services due to experiencing emotional distress, trauma, symptoms of depression, and fear of leaving her home.

If you have any additional questions, please contact Sarah directly.

Sincerely,

Andrea Schukal, LMHC
Clinical Supervisor
Advocates Community Counseling, Marlborough

115. City of Flagstaff made statements to third parties like Arizona Department of Economic Security – Unemployment Insurance Program that were false and bad-mouthed me (defamed me) as retaliation against me for filing EEOC discrimination complaint.

116. Fig.67 below is a screenshot of plaintiff Sarah Nathreen Nakanwagi's: Associate in Applied Science Accounting – **with Highest Distinction** degree certificate, whereby the

golden seal means plaintiff Sarah Nathreen Nakanwagi passed on top of her college class

with straight As and a 4.0 GPA (4 being the highest achiever grade on a scale of 1 to 4).



South Mountain Community College

Phoenix  19 79  Arizona

This certifies that

Sarah Nathreen Nakanwagi

has completed the course of study prescribed by the

Maricopa County Community College District Governing Board

and is awarded this

Associate in Applied Science

Accounting

with Highest Distinction

Given on this eighth day of May, two thousand twenty in Phoenix, Arizona.

President of the College

President of the Governing Board

Registrar

Chancellor

117. This great nation USA is dubbed "the land of dreams or opportunities" where one's

excellence is rewarded. Absurdly, City of Flagstaff's conduct adversely affected plaintiff

Sarah Nathreen Nakanwagi's professional reputation, dried career opportunities and

interfered with plaintiff Sarah Nathreen Nakanwagi's duty to mitigate damages.

51

118. Fig.68 is a screenshot of research on psychcentral.com titled "Creating scapegoats in the workplace" that determined that the type of scapegoating City of Flagstaff subjected me to was abuse, including psychological and financial abuse. I felt witch-hunted, and City of Flagstaff's retaliation against me after I had left, bordered on economic persecution that ensured I remained unemployed, denied benefits and unable to pay bills. https://psychcentral.com/pro/recovery-expert/2020/06/creating-scapegoats-in-the-workplace#1

**The entire experience for the scapegoat is befuddling.** The chosen scapegoat will often leave the workplace, either because of being fired, or forced to resign, with a complete sense of confusion over the entire ordeal. This is mainly because the reasons for the scapegoating have nothing to do with reality, but are merely a form of abuse.

At the end of the day, a scapegoated workplace employee is a victim of abuse; psychological abuse; and oftentimes financial abuse, because if you lose your form of income you usually suffer financially. The psychological abuse results in feelings of devastation, betrayal, confusion, and outrage. It affects the persons sense of personal worth and self-esteem.

119. Fig. 69 is a screenshot of a study titled "Racial trends and scapegoating: bringing in a comparative focus," that determined that the type of scapegoating City of Flagstaff subjected me to is forged from a culture of slavery, where "[b]lacks were singled out as victims sacrificed for White unity because of the salience of past prejudice, and because they fulfilled the criteria of scapegoats: visible and vulnerable for displacing conflict." https://nap.nationalacademies.org/read/9599/chapter/11

power. Race was a powerful tool toward that end because of the culture of prejudice forged in conquest and slavery. Blacks were singled out as victims sacrificed for White unity because of the salience of past prejudice, and because they fulfilled the criteria of scapegoats: visible and vulnerable for displacing conflict (Ashmore, 1970). In terms of multicausality, we have

120. Fig. 70 below is a screenshot of "A dual-motive model of scapegoating: displacing

blame to reduce guilt or increase control," University of Kansas study, that was published

in both the Journal of Personality and Social Psychology as well as the American

Psychological Association.

http://people.ku.edu/~mjlandau/docs/Rothschild_scapegoating_JPSP%202012.pdf.pdf

Scapegoating is the act of blaming and often punishing a person
or a group for a negative outcome that is due, at least in large part,
to other causes. Infamous historical examples of scapegoating
include the witch trials that occurred in Europe and North America
from the 14th to the 18th century, when members of Christian
institutions accused thousands of people (mostly women) of cor-
rupting society's moral integrity by practicing witchcraft, and the
Nazis' attempted extermination of Jews and other minority groups
for their alleged responsibility for Germany's economic collapse.
Capetown, Bosnia, and Rwanda give additional testimony to the
violent conflict that can result when one group is designated as the
chief cause of major misfortunes.

121. The study in Fig. 70 (above) defines scapegoating and points out how scapegoating

has been the root cause of the most senseless discriminatory events in history from

Rwanda genocide, extermination of Jews in Nazi German, to burning of witches. This is

evidence that the scapegoating City of Flagstaff subjected me to because of my black race

and African ethnicity, was discriminatory and violated my civil rights including: equal

protection under the law, due process, first amendment, fourth amendment among others.

122. Fig. 71 below is a screenshot of the "Race and reactions to women's expressions of

53

anger at work: examining the effects of the 'Angry Black Woman' stereotype" study, that

was published in the Journal of Applied Psychology. When I complained about being

scapegoated, City of Flagstaff falsely accused me of being "aggressive" and that my

presence made them uncomfortable, yet white female employees were not ostracized like

me.  This study is evidence City of Flagstaff violated my Thirteenth amendment civil

rights, by racially profiling me with a negative stereotype "rooted in institution of

slavery."   https://www.apa.org/pubs/journals/releases/apl-apl0000884.pdf

Walley-Jean, 2009). The stereotype is rooted in the institution of
slavery and oversimplifies the image of the black woman who

123. Fig. 72 below is "The sociology of discrimination: racial discrimination in

employment, housing, credit, and consumer markets" study on the National Library of

Medicine website: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2915460/

The "research points to the persistence of occupational segregation, with racial minorities

concentrated in jobs with lower levels of stability … and with fewer opportunities for

advancement."

among those with higher levels of education. At more aggregate levels, research points to the per-
sistence of occupational segregation, with racial minorities concentrated in jobs with lower levels
of stability and authority and with fewer opportunities for advancement (Parcel & Mueller 1983,
Smith 2002). Of course, these residual estimates cannot control for all relevant factors, such as

124. The aforementioned (Fig.72) study is further evidence City of Flagstaff

discriminated against me due to my black race and African ethnicity. Unlike Caucasians

who made up an estimated 99.9% City of Flagstaff's workforce and enjoyed job stability,

City of Flagstaff frequently threatened me with job loss, despite being only black person

in finance department.I am jobless due to my black race, skin color,and African ethnicity!

125. Even when I graduated from community college on top of my college class with a 4.0 GPA and transferred to a 4-year university for my Bachelor of Science in Accounting degree, I was also placed on the University of Massachusetts-Dartmouth Chancellor's list for outstanding academic accomplishment.

126. Fig.73 (below): I was placed on Spring 2020 University of Massachusetts-Dartmouth prestigious Chancellor's List, for having maintained a 4.0 GPA and straight As. Mark Preble, the Acting Chancellor described my academic excellence as "an incredible testament to your intellectual ability and dedication to learning."

You made the UMass Dartmouth Chancellor's List!

Dear Sarah,

Congratulations on earning a position on the prestigious UMass Dartmouth Chancellor's List for the spring 2020 semester. During a semester marred by a pandemic that caused numerous disruptions, you persevered and earned a 3.8 or higher GPA. This is always an outstanding accomplishment, but considering our unprecedented times, it is an incredible testament to your intellectual ability and dedication to learning.

You and your family deserve to be very proud of your achievements. The faculty and staff of UMass Dartmouth are equally proud of you and remain committed to supporting you on your path ahead.

The excellence you have demonstrated in your academic pursuits will empower you to succeed in your future endeavors and position you to make a valuable contribution to society.

Sincerely,

Mark Preble
Acting Chancellor and Chief Operating Officer

UMass Dartmouth | Office of the Chancellor | 285 Old Westport Road Dartmouth, MA 02747 | chancellor@umassd.edu | 508.999.8004

127. Fig 73 (above) strongly refutes City of Flagstaff's assertions that racially profiled me with the negative stereotype that I was inherently untrainable, stupid, lazy … simply due to my black race and African ethnicity. I felt very dehumanized and abused by defendant.

128. Fig. 74 (below): attestation about my excellent performance and being an avid learner, from my Cost Accounting course former college professor at the University of Massachusetts-Dartmouth, to where I transferred after having graduated with 4.0 GPA from South Mountain Community College (Phoenix, Arizona) in pursuit of a Bachelor of Science in Accounting degree.



Liang Song, Ph.D.
Associate Professor of Accounting
Charlton College of Business
University of Massachusetts Dartmouth
285 Old Westport Road, Dartmouth, MA 02747-2300
Office:
Phone:
e-mail:

Sep, 2020

Reference: Sarah Nathreen Nakanwagi

To Whom It May Concern:

It is my great pleasure to recommend Sarah Nathreen Nakanwagi. I have known Sarah Nathreen Nakanwagi long enough that I can attest in the strongest possible way to Sarah Nathreen Nakanwagi's achievements.

As an Associate Professor at University of Massachusetts Dartmouth, I got to know Sarah Nathreen Nakanwagi in class and during office hours. When Sarah Nathreen Nakanwagi asked questions relating to accounting it had everyone thinking. I still remember the questions Sarah Nathreen Nakanwagi asked and how strongly they illustrated the ability to think independently as well as the unique and deep understanding of accounting. I always appreciate students who strive to think independently and explore their own ideas, and Sarah Nathreen Nakanwagi is among them. Sarah Nathreen Nakanwagi also did very well in my Cost Accounting class.

I have always appreciated students who not only do things well but are ambitious for their future career. After knowing Sarah Nathreen Nakanwagi, I have found that Sarah Nathreen Nakanwagi is a student who has strong ambition and a big picture for the life. Sarah Nathreen Nakanwagi has clear career goals and always works hard to achieve them. Please feel free to contact me if I can be of further support.
Sincerely yours,

Liang Song, Ph.D.
Associate Professor of Accounting
Charlton College of Business
University of Massachusetts Dartmouth
285 Old Westport Road, Dartmouth, MA 02747-2300
Office:
Phone:
e-mail:

129. Fig. 74 (above) also refutes City of Flagstaff's negative stereotypes that racially profiled me as inherently untrainable, unintelligent, lazy and whose work was unreliable.

**Relief**

Wherefore, plaintiff Sarah Nathreen Nakanwagi prays that this Court grants this relief:

a) Enter judgement against defendant, and declare the conduct engaged in by defendant a violation of plaintiff Sarah Nathreen Nakanwagi's rights.

b) Enjoin defendant and all those in concert with it from engaging in such conduct.

c) Provide make-whole relief to plaintiff Sarah Nathreen Nakanwagi—to compensate her for the loss she has suffered as a result of defendant's discriminatory conduct recounted in this complaint—including back pay with prejudgment interest.

d) Reinstatement of plaintiff Sarah Nathreen Nakanwagi to her former job in same Finance department, on a full-time and permanent basis.

e) Award damages to plaintiff Sarah Nathreen Nakanwagi to fully compensate her for pain, suffering, inconvenience, mental anguish, reputational harm, loss of enjoyment of life that plaintiff experienced as a consequence of defendant's discriminatory conduct recounted in this complaint, pursuant to and within the statutory limitations of section 102 of Civil Rights Act of 1991, 42 USC § 1981a.

f) Damages for loss of earnings resulting from harm to plaintiff's reputation that was suffered as a result of defendant's unlawful conduct.

g) Punitive damages for: engaging in and ratifying oppressive, malicious conduct; decision-makers' actions motivated by plaintiff's black race and African ethnicity.

h) Attorney fees and costs.

i) Award such additional relief as justice may require, together with the plaintiff's costs and disbursements in this matter.

**j)** $475,000,000,

**Certification and closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**For parties without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted,

Date of signing: 4/4/2023

Signature of Plaintiff: Nathreen.N.S.

Printed Name of Plaintiff: Sarah Nathreen Nakanwagi (pro se)